

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Sandra Bernstein and Heidi R. Powell v. James Adams, Claire Richards, Michael Tolleson, Mi Wang, and Adams-Ferro, Inc.

Appellate case number:   01-12-00703-CV

Trial court case number:  995535

Trial court:             County Civil Court at Law No. 2 of Harris County

This Court construes appellants' letter filed December 7, 2012 as a motion to stay trial court proceedings pending appeal. Appellants have not paid the $10 fee associated with the filing of such a motion. Appellants are directed to pay the $10 fee associated with filing a motion **within 7 days of the date of this order,** or the motion will be struck.

The Court requests a response from the appellees to the motion. The response must be received in this Court **no later than 10 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
               ☑ Acting individually    ☐ Acting for the Court

Date: December 10, 2012